For use by inmates in filing a complaint under **Civil Rights Act**, 42 USC § 1983

INMATE NAME: TOCCARA PULLER

PRISONER No.: 1381843

PLACE OF CONFINEMENT: Fluvanna Correctional Center

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

Toccara Puller
Enter Full Name   Plaintiff

Vs.

CIVIL ACTION NO. 7:23 cv 00005 (J)

Arlington County Sheriff's Office
Enter Full Name   Defendant(s)

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
JAN 03 2023
LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

A.  Have you begun other actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

    _____ Yes      X  No

B.  If your answer to A is Yes, describe the action in the space below.

    1.  Parties to the Action: _____

    2.  Court: _____

    3.  Docket No.: _____

    4.  Judge: _____

    5.  Disposition: _____

    (For example, is this case still pending? If not, what was the ruling? Was the case appealed?)

C.  Have you filed any grievances regarding the facts of your complaint?

    X  Yes      _____ No

    1.  If your answer is Yes, complete the enclosed verified statement, indicating the result. Please attach evidence of your exhaustion of all available grievance procedures.

    2.  If your answer is No, indicate the reason for failure to exhaust on the verified statement. You may be required to exhaust your claims through any applicable grievance procedures. Your complaint may be dismissed if you fail to exhaust all avenues of the grievance process in a timely fashion.

1

D.  Statement of Claim – State here briefly the facts of your case. Describe what action(s) each defendant took in violation of your constitutional rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. Use as much space as needed. You may attach extra paper if necessary.

Claim # 1 – Supporting Facts – Tell your story briefly without citing cases or law.

On 11A cell 3 I was placed in A crisis cell around 9/2022 Deputy J. Barnett used excessive force and fractured my hand.

Claim # 2 – Supporting Facts – Tell your story briefly without citing cases or law.

ACSO transfer to FCCW D.O.C. was motivated by Arbitrary or malicious reasons, wherein a grievous loss was suffered.

Claim # 3 – Supporting Facts – Tell your story briefly without citing cases or law.

Contracted multiple STD's while housed in 11A cell 3 at Arlington County Jail. TDO to central state for treatment and suffered a loss of gun rights was in imminent danger.

E.  State what relief you seek from the Court. Make no legal arguments, cite no cases or statutes. I Am seeking A Flat rate of monetary relief = 50,000,000 Fifty million dollars

SIGNED THIS __16th__ DAY OF __December__, 20____

_Toccara Y Puller_
(Signature of Each Plaintiff)

**VERIFICATION:**

I, __Toccara Puller__, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 USC § 1915 that prohibit and inmate from filing a civil action or appeal. If the prisoner has, three or more occasions, while incarcerated, brought an action or appeal in federal court that are dismissed on the grounds that it was frivolous, malicious or failed to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of filing fees.

I declare under penalty of the foregoing to be true and correct.

DATED: __16th December/2022__   SIGNED: _____

2

Pg #2 continued section D

Claim #4: Petitioner Toccara Yvonne Puller has suffered mental distress

Claim #5: The Petitioner Toccara Yvonne Puller was provided food by the defendant that was nutritionally deficient and or prepared or served under conditions which represent an immediate DANGER TO Plantiff when Plantiff consumes it and or PRISON OFFICALS ACSO consciously ignored Plantiff Toccara Yvonne Puller's SPEACIAL DIETARY NEEDS or requirments.

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this _____ day of _____. 20____, I served a true and correct original copy of the foregoing: Civil RIGHTS ACT, 42 USC §1983

To the following: Clerk, United States District Court

(as per instructions).

ATTN: Clerk USDC
210 Franklin Road, SW,
Suite 540
Roanoke, VA 24011-2208

_____
Toccara Y Puller, Pro Se Petitioner
DOC # 1381843
Fluvanna Correctional Center for Women
144 Prison Lane (P.O. Box 1000)
Troy, Virginia 22974

STATE OF VIRGINIA:

County of FLUVANNA, TO WIT: Toccara Puller, Pro Se Petitioner,

SUBSCRIBED AND SWORN TO, BEFORE ME, a Notary Public in and for the above State and County, on this 16 day of Dec, 2022

12/16/2022
Date:

Ray Teasley
Notary Signature:

Ray Teasley
Notary Printed:

Notary Public: My Commission Expires, 08/31/2026

**RAY CHARLES TEASLEY**
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7036567
My Commission Expires August 31, 2026

Yoccara Porter
PO Box 1000
Troy, VA 22974
# 138143

ATTN: 198
Cleek, Uni
210 Frankl
Roanoke,



CERTIFIED MAIL
7021 0350 0000 3820 5488

US POSTAGE PITNEY BOWES
ZIP 22974 $ 009.17⁰
02 4W
0000379069 DEC. 29. 2022

. USC

ted States District Court
n Road, SW, suite 540
VA 24011-2208

M-15701-64